**Electronically Filed**
**Supreme Court**
**SCPW-23-0000711**
**02-APR-2024**
**11:20 AM**
**Dkt. 37 ODDP**

SCPW-23-0000711

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CAMERON NICE and MARTHA NICE, Petitioners,

vs.

THE HONORABLE RANDAL VALENCIANO,
Judge of the Circuit Court of the Fifth Circuit,
State of Hawaiʻi, Respondent Judge.

---

ORIGINAL PROCEEDING
(CASE NO. 5CCV-22-0000027)

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Kawamura, in place of Devens, J., recused)

Upon consideration of the petition for writ of mandamus filed December 5, 2023, and the record, Petitioners have not demonstrated a clear and indisputable right to relief, nor a lack of alternative means to obtain the relief sought. An extraordinary writ is unwarranted. <u>See</u> <u>Womble Bond Dickinson</u>

(US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, April 2, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Shirley M. Kawamura

